AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA, OAKLAND DIVISION

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER DISTRICT** |
| V. | DEC 1 8 2008 |
| **RALONDRIA STAFFORD** | RICHARD W. WIEKING |

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70854-WDB | 2:08-MJ-333 EFB | 4-08-70854-WDB | 2:08-MJ-333 EFB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify)

charging a violation of **Title 18**   U.S.C. § 1343, 1344(1), and 1957

**DISTRICT OF OFFENSE**
United States District Court, Eastern District of California, Sacramento

**DESCRIPTION OF CHARGES:**
- having devised any scheme or artifice to defraud, or for obtaining money by means of false or fraudulent pretenses, representations, or promises, causing to be transmitted by means of wire, radio, or television communications in interstate or foreign commerce, a writing, sign, signal, picture, or sound, for the purpose of executing such scheme
- knowingly executing a scheme or artifice to defraud a financial institution
- in the U.S., knowingly engaging in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity

**CURRENT BOND STATUS:**

☒ Bail Fixed at $100,000 Personal Reconizance **(PR)** Bond
Bond shall be transferred to the District of Offense.

☒ Other (specify)   On December 18, 2008, the defendant admitted her Identity and waived her Identity/Removal Hearing in the District of Arrest.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

It is hereby ordered that the defendant must report to the U.S. District Court, Eastern District of California, Sacramento, on **TUESDAY, DECEMBER 23, 2008**, before the General Duty Magistrate Judge unless otherwise ordered by that Court, at the time to be designated by the General Duty Magistrate Judge, and when summoned by that District, and to abide by further orders of that Court. The Assistant Federal Public Defender Joyce Leavitt must fined out the name of the General Duty Magistrate Judge before whom the defendant needs to appear on December 23, 2008 and the time of his/her calendar, and to inform the defendant accordingly.

12/18/08
Date

United States Judge or Magistrate Judge **WAYNE D. BRAZIL**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |